UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 15-0776-GHK (JEM)                                         Date   July 30, 2015

Title   CHRISTOPHER PREVEDELLO v. J. FITTER, et al.

Present: The Honorable   John E. McDermott, United States Magistrate Judge

S. Anthony
Deputy Clerk                                                  Court Reporter / Recorder

Attorneys Present for Plaintiffs:                  Attorneys Present for Defendants:

None Present                                              None Present

Proceedings:   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On June 16, 2015, the Court issued a Memorandum and Order Dismissing Complaint with Leave to Amend within thirty days. Plaintiff was explicitly cautioned that failure to file a First Amended Complaint ("FAC") by the deadline set forth in the Court's Order of June 16, 2015, could result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

The July 17, 2015, deadline to file the FAC has passed, and no FAC has been filed.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order. Plaintiff shall file a written response to this Order to Show Cause no later than **August 13, 2015**.[1] Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court. Upon the filing of a Response, the Order to Show Cause will stand submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

    Filing of a First Amended Complaint consistent with the requirements of the Court's Order of June 16, 2015, shall be a satisfactory response to the Order to Show Cause.

    No extensions of this deadline will be granted absent extraordinary circumstances.

    IT IS SO ORDERED.

cc: Parties

                                                                                                            :

                                      Initials of Deputy Clerk    sa