# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PREVEDELLO, | Case No. CV 15-0776-GHK (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| J. FITTER, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: 5/6/16

GEORGE H. KING
UNITED STATES DISTRICT JUDGE